UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LAMONT FULLER, | No.  1:25-cv-01330-KES-EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY |
| v. | |
| PATWIN HORN, | |
| Respondent. | |
| | Doc. 13 |

Petitioner Bruce Lamont Fuller is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 1, 2025, the assigned magistrate judge issued findings and recommendations that recommended dismissing the petition for failure to state a cognizable federal habeas claim.  Doc. 13.  On December 10, 2025, petitioner filed timely objections.  Doc. 14.  On January 8, 2026, petitioner filed exhibits in support of his objections.  Doc. 15.  Petitioner's filings restate arguments from his petition and do not meaningfully address the magistrate judge's reasoning in the findings and recommendations.  Docs. 14, 15.

Consistent with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case.  Having carefully reviewed the file, including petitioner's objections and exhibits, the court

1

finds the findings and recommendations to be supported by the record and proper analysis.

A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal, rather an appeal is allowed only in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253.  If a court denies a habeas petition on the merits, the court may issue a certificate of appealability only "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part."  *Miller-El*, 537 U.S. at 338.

The Court finds that reasonable jurists would not find the Court's determination that the petition should be denied debatable or wrong, or that the issues presented are deserving of encouragement to proceed further.  Petitioner has not made the required substantial showing of the denial of a constitutional right.  Therefore, the Court declines to issue a certificate of appealability.

Accordingly:

1.  The Findings and Recommendations issued on December 1, 2025, Doc. 13, are adopted in full;

2.  The petition for writ of habeas corpus is dismissed;

3.  The Clerk of Court is directed to close the case; and

4.  The court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:    April 14, 2026    _____
                            UNITED STATES DISTRICT JUDGE

2